UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MIKKI LYNN GOBLE

VERSUS

COMMISSIONER OF SOCIAL
SECURITY, & UNITED STATES OF
AMERICA, ET REL

CIVIL ACTION

NO. 17-1350-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 19, 2018, to which no opposition was filed;

**IT IS ORDERED** that Defendant's Motion to Remand, (Doc. 11) is GRANTED and that the ALJ's November 9, 2016 decision denying Plaintiff's application for disability insurance benefits and supplemental security income payments under the Social Security Act is REVERSED AND REMANDED to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings, including allowing Plaintiff to submit additional evidence and consolidating all of Plaintiff's claims so that a decision can be issued that adjudicates all of Plaintiff's applications for benefits.

**IT IS FURTHER ORDERED** that this action is DISMISSED without prejudice to Plaintiff's subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2414(d)(1)(B).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 6, 2018.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA